

The following constitutes the order of the court.
Signed January 26, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FRANCISCO HERNANDEZ AND JACQUELINE HERNANDEZ,<br><br>Debtor. | Case No.: 10-43381-WJL<br><br>Adv. Case No.: 14-04144-WJL<br><br>Chapter 13<br><br>The Honorable Judge William J. Lafferty |
| FRANCISCO HERNANDEZ AND JACQUELINE HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB; and DOES 1 through 100, inclusive<br><br>Defendants. | **ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Date: January 21, 2015<br>Time: 10:30 a.m.<br><br>Place: Courtroom 220<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The motion to dismiss adversary complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued as 'Wells Fargo Bank,

1 | N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., and formerly
2 | known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB") came on
3 | regularly for hearing on January 21, 2015 in Courtroom 220 of the above-entitled court, the
4 | Honorable William J. Lafferty presiding. Melissa M. Coyle of Anglin, Flewelling, Rasmussen,
5 | Campbell & Trytten LLP appeared via courtcall on behalf of defendant Wells Fargo. Mark W.
6 | Lapham personally appeared on behalf of plaintiffs Francisco Hernandez and Jacqueline
7 | Hernandez.
8 |     After full consideration of the authorities and written arguments submitted by the parties,
9 | and good cause appearing, for the reasons stated on the record, the motion to dismiss is granted
10 | without leave to amend.

12 |     ACCORDINGLY:
13 | **IT IS THEREFORE ORDERED:**
14 |     1.    Defendant Wells Fargo's request for judicial notice is GRANTED; *and*
15 |     2.    Defendant Wells Fargo's motion to dismiss is GRANTED without leave to
16 |     amend.
17 |                **END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Office of the U.S. Trustee (Oak)<br>United States Trustee |
| 3 | 1301 Clay St., #690N<br>Oakland, CA 94612 |
| 4 | |
| 5 | Martha Bronitsky<br>Chapter 13 Standing Trustee<br>P.O. Box 9077 |
| 6 | Pleasanton, CA 94566 |

93000/FR1471/01066294-2

1